JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSE NUNEZ DE LA CRUZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

SUPPLEMENTAL
AFFIDAVIT
(21 U.S.C. §§ 952(a)
and 960)

12-M-676

EASTERN DISTRICT OF NEW YORK, SS:

    KYLER HARDIN, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 17, 2012.

    Commencing on or about, July 16, 2012, the defendant JOSE NUNEZ DE LA CRUZ passed a total of 109 pellets with a total gross weight of approximately 1124.4 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant JOSE NUNEZ DE LA CRUZ be dealt with according to law.

_____
KYLER HARDIN
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
20th day of July, 2012

_____
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

2